LIANA SEROBIAN (SBN 235466)
  l.serobian@yahoo.com
SEROBIAN LAW, INC.
100 North Brand Blvd., Suite 600
Glendale, CA 91203
Telephone: (818) 539-2249

Attorney for Plaintiff
PoshVille, Inc.

JEFFREY L. RICHARDSON (SBN 167274)
  jlr@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
  vas@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
Pawnee Leasing Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSHVILLE, INC., et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>PAWNEE LEASING, et al.,<br><br>      Defendants. | CASE NO. 2:21-cv-01465-SVW (AGR)<br><br>Honorable Stephen V. Wilson<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION AND REQUEST TO VACATE OR CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES**<br><br>([Proposed] Order Submitted Concurrently Herewith)<br><br>Complaint Filed: February 17, 2021<br>Trial date: November 16, 2021 |

**NOTICE OF SETTLEMENT AND JOINT STIPULATION**

PLEASE TAKE NOTICE that, today, October 27, 2021, the parties participated in a settlement conference with Magistrate Judge Alicia G. Rosenberg and reached a settlement. The parties will now proceed with preparing a settlement agreement.

Based on the foregoing, all parties to the above-entitled action, through their respective counsel of record, stipulate and agree to vacate or continue all remaining pre-trial and trial dates, to allow the parties the time to prepare and execute a settlement agreement and thereafter dismiss the case with prejudice.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that: All remaining pre-trial and trial dates (including pretrial conference currently set for November 8, 2021 at 3:00 p.m. and trial currently set for November 16, 2021 at 9:00 a.m.) are vacated or continued to a future date the Court may set.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: OCTOBER 27, 2021    LIANA SEROBIAN
                          SEROBIAN LAW, INC.

                          By: /s/ Liana Serobian
                          Liana Serobian
                          Attorneys for Plaintiff PoshVille, Inc.

DATED: OCTOBER 27, 2021    JEFFREY L. RICHARDSON
                          VALENTINE A. SHALAMITSKI
                          MITCHELL SILBERBERG & KNUPP LLP

                          By: /s/ Valentine A. Shalamitski
                          Valentine A. Shalamitski,
                          Attorneys for Defendant Pawnee Leasing
                          Corporation

**Attestation Regarding Signatures**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Valentine A. Shalamitski, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 27, 2021                 /s/ Valentine A. Shalamitski
                                        Valentine A. Shalamitski