LIANA SEROBIAN (SBN 235466)
  l.serobian@yahoo.com
SEROBIAN LAW, INC.
100 North Brand Blvd., Suite 600
Glendale, CA 91203
Telephone: (818) 539-2249

Attorney for Plaintiff
PoshVille, Inc.

JEFFREY L. RICHARDSON (SBN 167274)
  jlr@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
  vas@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
Pawnee Leasing Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| POSHVILLE, INC., et al., | CASE NO. 2:21-cv-01465-SVW (AGR) |
|---|---|
| Plaintiffs, | Honorable Stephen V. Wilson |
| v. | **JOINT STIPULATION OF DISMISSAL UNDER RULE 41(a)(1)(A)(ii)** |
| PAWNEE LEASING, et al., | |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, all parties to the above-entitled action, through their respective counsel of record, stipulate and agree that Plaintiff PoshVille, Inc. dismisses this action in its entirety and *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All parties to bear their own costs and attorneys' fees.

Pursuant to the aforementioned statute, no Court order is required in connection with this notice of dismissal with prejudice.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: NOVEMBER 15, 2021       LIANA SEROBIAN
                              SEROBIAN LAW, INC.

                              By: /s/ Liana Serobian
                              Liana Serobian
                              Attorneys for Plaintiff PoshVille, Inc.

DATED: NOVEMBER 15, 2021       JEFFREY L. RICHARDSON
                              VALENTINE A. SHALAMITSKI
                              MITCHELL SILBERBERG & KNUPP LLP

                              By: /s/ Valentine A. Shalamitski
                              Valentine A. Shalamitski,
                              Attorneys for Defendant Pawnee Leasing Corporation

**Attestation Regarding Signatures**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Valentine A. Shalamitski, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 15, 2021       /s/ Valentine A. Shalamitski
                              Valentine A. Shalamitski